**Scott E. Davis**, OSB #02288
Email:  scott.davis@klarquist.com
KLARQUIST SPARKMAN, LLP
121 SW Salmon Street, Suite 1600
Portland, OR  97204
Telephone:  503-595-5300
Facsimile:  503-595-5301

**Michael N. Zachary**, OSB #04120
Email:  michael.zachary@klarquist.com
KLARQUIST SPARKMAN, LLP
600 University Street, Suite 2950
Seattle, WA 98101
Telephone:  206-264-2960
Facsimile:  206-624-2719

*Attorneys for Plaintiff CollegeNET, Inc.*

FILED '09 SEP 18 12:26 USDC-ORP

# UNITED STATES DISTRICT COURT

## DISTRICT OF OREGON

| | |
|---|---|
| COLLEGENET, INC., | Civil No. 05-cv-1255-BR |
| Plaintiff, | **CONSENT JUDGMENT** |
| v. | |
| APPLICATIONSONLINE, LLC,<br>THE COMMON APPLICATION, INC. and<br>JOSHUA REITER | |
| Defendants. | |

**CONSENT JUDGMENT**

Based on the Joint Motion in Support of Entry of Consent Judgment advising the Court

that the parties have reached a Settlement Agreement, which calls for entry of this Consent

Judgment;

IT IS HEREBY ORDERED that FINAL JUDGMENT is entered as follows:

1.    The claims of U.S. Pat. No. 6,460,042 B1 ("'042 patent"), Reexamination

Certificate U.S. Pat. No. 6,460,042 C1 ("'042 Reexam Certificate"), and 7,376,891 B2 ("'891

patent") owned by CollegeNET, Inc. are not invalid and not unenforceable.

2.    All remaining claims and counterclaims asserted herein are dismissed with

prejudice, with each party bearing its own costs and attorneys' fees.

3.    The parties waive appeal from this Consent Judgment, as well as any and all other

challenges to it in any way.


DATED: _September 18, 2009_

_____
ANNA J. BROWN
UNITED STATES DISTRICT JUDGE


CONSENT JUDGMENT
Page 1